**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1283**

JOSEPH J. SCHEPIS, JR.,

              Petitioner - Appellant,

        v.

UNITED STATES OF AMERICA,

              Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief District Judge.  (0:07-cv-00753-JFA)

Submitted:  August 14, 2008         Decided:  August 19, 2008

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph J. Schepis, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph J. Schepis, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his petition for a writ of coram nobis. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm the appeal for the reasons stated by the district court. <u>Schepis v. United States</u>, No. 0:07-cv-00753-JFA (D.S.C. Feb. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>